JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reginald Lenard Smith,<br><br>        Plaintiff(s),<br>    v.<br>County of Los Angeles, et al.,<br><br>        Defendant(s) | CASE NO. CV 11-10666-GAF (PJWx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

The Court having stayed this action pending ruling on the appeal,

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff shall file semi-annual status reports commencing on February 3, 2013.  All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED:   October 15, 2012

_____
GARY ALLEN FEESS
United States District Judge