DONALD W. COOK, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
manncook@earthlink.net
(213) 252-9444
(213) 252-0091 facsimile

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD LENARD SMITH, individually and as a class representative,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LEE BACA, DOES 1 through 10, both their personal and official capacities,<br><br>Defendants. | Case No. CV11-10666 DDP (PJWx)<br><br>**PROTECTIVE ORDER COMPELLING FOR PRODUCTION OF STATE OF CALIFORNIA CRIMINAL HISTORY RECORDS UNDER CII #A09722656** |

Upon the stipulation filed by Plaintiff and non-party California Department of Justice and good cause appearing therefor, the California Department of Justice is hereby ordered to produce the on-line criminal history associated with CII #A09722656 and sought under the subpoena dated October 31, 2014. The production of the on-line criminal history shall be subject to a protective order covering any criminal history information as defined by California Penal Code § 11105(a)(2) and indexed under CII #A09722656. The terms of the protective order are:

  A. The criminal history information may be disclosed to the Court hearing this matter, the parties' attorneys, investigators and/or consultants or experts, and

representatives, in this lawsuit, for defendants County of Los Angeles and Los Angeles Sheriff's Department. The criminal history information, however, shall not be disclosed to Plaintiff;

    B.  If any party wishes to disclose items or information covered by this protective order to any person other than those listed in Paragraph (A), that party shall give written notice to counsel for the California Department of Justice so that the Department can make a motion to prevent the disclosure. The party wishing to disclose the information will not to do so unless and until agreement with the Department is reached, or the Department's motion is ruled on by the court. If however, the Department, does not file its motion within two weeks of the notice, the party wishing to disclose the information may deem the issue to have been abandoned.

DATED: 12/11/14

*Patrick J. Walsh*

_____
HON. PATRICK J. WALSH
United States Magistrate Judge