## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-10666 DDP (PJWx) | Date | January 12, 2015 |
| Title | REGINALD LENARD SMITH -V- COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; Does 1 through 10, both their personal and official capacities | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald W. Cook | Scott E. Caron |

Proceedings:

MOTION TO DISMISS CASE FILED BY DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT (DOCKET NUMBER 86)

Court hears oral argument and takes the matter under submission.

                                                                    0 0  :  11

                                           Initials of Preparer        JAC