DONALD W. COOK, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
manncook@earthlink.net
(213) 252-9444
(213) 252-0091 facsimile

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD LENARD SMITH, individually and as a class representative,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LEE BACA, DOES 1 through 10, both their personal and official capacities,<br><br>Defendants. | Case No. CV11-10666 DDP (PJWx)<br><br>**ORDER MODIFYING 11/6/14 PROTECTIVE ORDER (DOC. 67)** |

On the stipulation of the parties and non-party Los Angeles Police Department ("LAPD"), the Court hereby modifies its November 6, 2014 protective order (doc. 67) as follows:

1. For the sole purpose of responding to Plaintiff's subpoena dated December 29, 2014 and served on the LAPD and for no other purpose, the LAPD may receive a copy of the 8/22/07 CHEERS report produced by the County of Los Angeles. Upon making use of the CHEERS report and responding to the subpoena, the LAPD shall destroy any and

00101157.WPD

all copies it has of the 8/22/07 CHEERS report.

2. The LAPD shall not distribute or provide a copy of the 8/22/07 CHEERS report to any person other than a City of Los Angeles employee for the purpose of responding to the 12/29/14 subpoena.

3. Contemporaneously with delivery of the 8/22/07 CHEERS report, Plaintiff's counsel shall delivered to counsel for the LAPD a copy of this Order and the Court's 11/6/14 Order (doc. 67).

IT IS SO ORDERED.

DATED: 1/12/15

HON. PATRICK J. WALSH
United States Magistrate Judge

00101157.WPD