1  **DONALD W. COOK**, CSB 116666
   ATTORNEY AT LAW
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA  90010
3  manncook@earthlink.net
   (213) 252-9444
4  (213) 252-0091 facsimile

5  Attorney for Plaintiff

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10
11  REGINALD LENARD SMITH,         | Case No. CV11-10666 DDP
    individually and as a class representative, | (PJWx)
12                  Plaintiff,
                                                 | **ORDER MODIFYING 11/6/14
13  vs.                                          | PROTECTIVE ORDER (DOC.
                                                 | 67) AND TO PRODUCE
14  COUNTY OF LOS ANGELES, LOS                   | PORTIONS OF DA FILE**
    ANGELES COUNTY SHERIFF'S
15  DEPARTMENT, CITY OF LOS
    ANGELES, LOS ANGELES POLICE
16  DEPARTMENT, LEE BACA, DOES 1
    through 10, both their personal and
17  official capacities,

18                  Defendants.

19

20

21       On the stipulation of the parties the Court hereby finds the identified items in the

22  District Attorney's Case File for Case No. MA002090 are relevant and there is good cause

23  for their production.

24       The Court hereby orders the County of Los Angeles District Attorney's Office to

25  produce the following documents and modifies its November 6, 2014 protective order

26  (doc. 67) as follows:

27  //

28

00101300.WPD

The following parts of the DA's file which the County will produce are covered by the Protective Order (the numbers and dates correspond to those on the County's Privilege Log):

1. DMV Record for Reginald Lenard Smith, 8/7/07
2. CWS Printout re Warrant for Case No. MA002090, 8/7/07
3. Printout of NCIC search for Reggie Smith, 8/7/07
4. Printout of CLETS search for Reginald Lenard Smith, 8/7/07
5. DMV Record for Unknown Individual, 8/22/07
6. Printout of CCHRS Inquiry Results, 8/22/07
7. Printout of CLETS Inquiry Results for Robert Cooks, 8/22/07
8. Printout of CCHRS Inquiry Results, 8/22/07
9. Power of Attorney, 11/30/90
10. Bail Bond, 11/30/90
13. CWS Printout re: Warrant No. LAA92R0896601, 8/7/07
14. Extradition Worksheet, 8/1/01
17. Affidavit for Removal of Prisoner, 6/5/97
18. Notice and Demand for Trial, 4/11/97
20. Probation Officer's Report, 3/6/91
24. Priors and Probation Check, 11/20/90
25. Los Angeles County Sheriff's Department Complaint Report, 10/26/90
26. County of Los Angeles Sheriff's Department Supplementary Report, 10/26/90
27. County of Los Angeles Sheriff's Department Supplementary Report, 11/15/90
29. Printout re: CLETS Search for DMV Records, 10/30/90

00101300.WPD

| | | |
|---|---|---|
| 1 | 30. | Printout re: CLETS Search. 10/30/90 |
| 2 | 31. | Printout re: NCIC Search, 10/30/90 |
| 3 | 32. | Printout re: CWS WIS Request, 10/30/90 |
| 4 | 34. | Facsimile to Los Angeles County District Attorney's Office re: Response to Request for Fingerprints, 8/23/07 |
| 5 | 35. | Notification to Los Angeles County Clerk re: Lapse of Bail Bond, 9/24/91 |
| 6 | 36. | Bail Bond Receipt, 10/31/91 |
| 7 | 40. | CCHRS Report for Reginald Lenard Smith, 8/7/07 |
| 8 | 41. | CCHRS Report for Reginald D. Smith, 8/7/07 |
| 9 | 42. | Printout for CLETS Search, 8/6/07 |
| 10 | 43. | Printout for NCIC Search, 8/6/07 |
| 11 | 44. | Printout for CLETS Search, 8/6/07 |
| 12 | 45. | Printout for NCIC Search, 8/6/07 |
| 13 | 46. | Printout for CLETS Search, 8/6/07 |

The County will provide these documents to plaintiff within ten court days of the entry of this Order.

IT IS SO ORDERED.

DATED: January 27, 2015

_____
**HON. PATRICK J. WALSH**
United States Magistrate Judge