```
 1  DONALD W. COOK, CSB 116666
    ATTORNEY AT LAW
 2  3435 Wilshire Blvd., Suite 2910
    Los Angeles, CA 90010
 3  manncook@earthlink.net
    (213) 252-9444
 4  (213) 252-0091 facsimile

 5  Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD LENARD SMITH, individually and as a class representative, | Case No. CV11-10666 DDP (PJWx) |
| Plaintiff, | **ORDER MODIFYING 11/6/14 PROTECTIVE ORDER (DOC. 67) AND TO PRODUCE ADDITIONAL PORTIONS OF DA FILE** |
| vs. | |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LEE BACA, DOES 1 through 10, both their personal and official capacities, | |
| Defendants. | |

On the stipulation of the parties the Court hereby finds the identified items in the District Attorney's Case File for Case No. MA002090 are relevant and there is good cause for their production.

The Court hereby orders the County of Los Angeles District Attorney's Office to produce the following documents and modifies its November 6, 2014 protective order (doc. 67) as follows:

//

The following parts of the DA's file which the County will produce are covered by the Protective Order (the numbers and dates correspond to those on the County's Privilege Log):

12. Police Data Worksheet dated 11/19/90,

16. District Attorney's Office Case Summary dated 7/27/07 and

33. Los Angeles County District Attorney Prosecution Worksheet dated 8/7/07

The County will provide these documents to plaintiff within one court day of the entry of this Order.

IT IS SO ORDERED.

DATED: February 26, 2015

_____
**HON. PATRICK J. WALSH**
United States Magistrate Judge