1  KAMALA D. HARRIS
   Attorney General of California
2  JENNIE M. KELLY
   Supervising Deputy Attorney General
3  ERNESTO J. FONG
   Deputy Attorney General
4  State Bar No. 192899
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone: (213) 897-7936
6    Fax: (213) 897-1071
     E-mail: Ernesto.Fong@doj.ca.gov
7  *Attorneys for Custodian of Records of the
   California Department of Corrections and
8  Rehabilitation*

9  DONALD W. COOK
   Attorney at Law
10 3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
11 (213) 252-9444
   (213) 252-0091 facsimile
12 *Attorney for Plaintiff*

FILED
CLERK, U.S. DISTRICT COURT
MAR 12 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINALD LENARD SMITH**, Individually and as a class representative,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LEE BACA, DOES 1** through 10, both their personal and official capacities<br><br>Defendants. | CV11-10666 DDP (PJWx)<br><br>**STIPULATED PROTECTIVE ORDER REGARDING PRODUCTION OF ROBERT GRANILLO CONTACT INFORMATION** |

1

Upon the stipulation filed by Plaintiff and non-party California Department of Corrections and Rehabilitation ("CDCR") and good cause appearing therefore,

IT IS HEREBY ORDERED, as follows:

This Stipulated Protective Order shall govern the use and disclosure of the last known address and telephone number (but not the birth date) of retired Parole Agent Robert Granillo ("Granillo Information").

1. Under no circumstances shall the Granillo Information be used in any proceeding other than the instant case, or be disseminated, in any form, except by court order.

2. Disclosure of Granillo Information shall be limited to the personnel and/or classification of persons listed below:

    (a) Counsel for party to this action;

    (b) Staff personnel employed by counsel for any party;

    (c) The court and its personnel, in connection with this litigation;

    (d) Experts or consultants retained to work on this case by counsel for any part to this case; and

    (e) Investigators retained by counsel for any party to this case, as indicated above.

3. Plaintiff's counsel shall not provide the Granillo Information to Plaintiff, either orally or in writing.

4. Counsel for any party to this action shall advise those individuals to whom disclosure of the Granillo Information is to be made of the contents of this Stipulated Protective Order. Counsel shall obtain the agreement of such individual that he or she will be bound by this Stipulated Protective Order. In the event such individual does not agree to be bound by the Stipulated Protective Order, no disclosure of the Granillo Information will be made to such individual.

5. Any counsel, expert, consultant or investigator retained by counsel for any party to this case shall not refer to the Granillo Information in any other court proceeding subject to further order of this court.

6. If a party learns that, by inadvertence or otherwise, it has disclosed the Granillo Information to any person or in any circumstance not authorized under this Stipulated Protective Order, the party must immediately (a) notify in writing to counsel for the California Department of Corrections and Rehabilitation, (b) use its best efforts to retrieve all copies of the Granillo Information, and (c) inform the person or persons to whom unauthorized disclosures were made of all the terms of this Stipulated Protective Order.

7. This Stipulated Protective Order, and the obligations of all persons thereunder, including those relating to the disclosure and use of the Granillo Information, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal or otherwise, until further order of the court.

8. Nothing in this Stipulated Protective Order is intended to prevent authorized individuals from having access to the Granillo Information if they would have had access in the normal course of their duties.

IT IS SO ORDERED.

DATED: 3/12/15

*Patrick J. Walsh*

**HON. PATRICK J. WALSH**
U.S. MAGISTRATE JUDGE

LA2010502970
Proposed Stipulated Protective Order (Granillo).doc