# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.      CV 11-10666 DDP (PJWx)                    Date      March 19, 2015

Title     REGINALD LENARD SMITH -V- COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; Does 1 through 10, both their personal and official capacities

Present: The Honorable          DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald W. Cook | Scott E. Caron |

Proceedings:

MOTION TO DISMISS PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT FILED BY DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT (**DOCKET NUMBER 110**)
MOTION TO STRIKE PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT MOTION TO DISMISS PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT FILED BY DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT (**DOCKET NUMBER 111**)

Court hears oral argument and takes the matters under submission.

.

|  | 0 0 | : | 45 |
|---|---|---|---|
|  | Initials of Preparer | | JAC |