| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

| 1. NAME  Donald W. Cook | 2. PHONE NUMBER  (213) 252-9444 | 3. DATE  03/30/2015 |
|---|---|---|

| 4. FIRM NAME:  Donald W. Cook, Attorney at Law | 5. E-MAIL ADDRESS:  manncook@earthlink.net |
|---|---|

| 6. MAILING ADDRESS  3435 Wilshire Blvd., Suite 2910 | 7. CITY  Los Angeles | 8. STATE  CA | 9. ZIP CODE  90010 |
|---|---|---|---|

| 10. CASE NUMBER  CV11-10666 DDP | 11. CASE NAME  Reginald Lenard Smith v. County of Los Angeles, et al. | 12. JUDGE  Hon. Patrick J. Walsh |
|---|---|---|

13. APPEAL CASE NUMBER  
14. ORDER FOR  ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER

**15. TRANSCRIPT REQUESTED**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Mar 20, 2015 | Court Smart | ☑ OTHER (PLEASE SPECIFY): Hearing on Motion to Compel |

**16. ORDER:**

| CATEGORY | ORIGINAL + 1 | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☑ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

19. Transcription agency: Babykin Courthouse Services

17. DATE:  March 30, 2015  
18. SIGNATURE:  /s/ Donald W. Cook

G-120 (09/12)