1

2

3                                                                      O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   REGINALD LENARD SMITH,        )  Case No. CV 11-10666 DDP (PJWx)
                                    )
12                  Plaintiff,      )  **ORDER GRANTING LEAVE TO AMEND AND**
                                    )  **CONTINUING DATES**
13        v.                        )
                                    )  [Dkt. No. 143]
14   COUNTY OF LOS ANGELES; LOS     )
     ANGELES COUNTY SHERIFF'S       )
15   DEPARTMENT; Does 1 through     )
     10, both their personal and    )
16   official capacities,           )
                                    )
17                  Defendants.     )
     _____)
18

19        Plaintiff moves for leave to file a Fourth Amended Complaint,

20   primarily to add recently-identified "Doe" Barbara Fryer to the

21   complaint.[1]  (Dkt. No. 143.)  Ms. Fryer and the other defendants

22   oppose the motion to amend as dilatory and unnecessary, arguing

23   that it would not leave Defendant Fryer enough time to file

24   necessary motions.  (Dkt. No. 145.)  Nonetheless, in order to

25   ensure that Ms. Fryer is given reasonable notice of the claims

26   against her, the Court GRANTS the motion.

27

28   _____

          [1]The Fourth Amended Complaint would also delete a claim that
     was dismissed in a previous order.  (See Dkt. No. 136.)

1    In order to ensure that Ms. Fryer has adequate time to present

2  motions, the Court also GRANTS Defendants' request to continue the

3  **last day to file motions to June 29, 2015.**   Because the motion

4  cutoff date affects preparation for trial, the Court also hereby

5  continues the **final pretrial conference to September 21, 2015 at**

6  **11:00 a.m., and 4 day jury trial to September 29, 2015 9:00 a.m.**

7    Defendants recently filed a motion "To Dismiss Plaintiff's

8  Third Amended Complaint."   (Dkt. No. 147.)   However, that motion

9  makes extensive reference to the proposed Fourth Amended Complaint

10  (e.g., in the background section at 2-4).   The Court therefore

11  construes the motion as a motion to dismiss the now-operative

12  Fourth Amended Complaint.   The motion stands and remains calendared

13  for May 18, 2015, and the standard briefing schedule dictated by

14  the Local Rules remains in effect.

15

16  IT IS SO ORDERED.

17

18

19  Dated: April 21, 2015

20                                         DEAN D. PREGERSON
                                           United States District Judge

21

22

23

24

25

26

27

28