1  **DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
2  3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
3  manncook@earthlink.net
(213) 252-9444 / (213) 252-0091 facsimile
4
5  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD LENARD SMITH, individually and as a class representative,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; UNNAMED LAW FIRM, business form unknown; UNNAMED LAWYER, an individual; and DOES 1 through 10, both their personal and official capacities,<br><br>Defendants. | Case No.<br><br>CV11-10666 DDP  (PJWx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[CLOSED] |

GOOD CAUSE APPEARING, pursuant to the settlement agreement reached by the parties and the request for dismissal filed by Plaintiff, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

DATED: March 30, 2016

**DEAN D. PREGERSON**
United States District Judge

00109723.WPD